**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
AMY I. BORLUND (SBN 205361)
aborlund@dollamir.com
725 S. Figueroa Street, Suite 3275
Los Angeles, California 90017
Tel: 213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| VANESSA TIRADO,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, NATIONAL ASSOCIATION, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>Defendants. | Case No. 2:18-CV-00459-MCE-DB<br>*Assigned to Magistrate Judge Deborah Barnes*<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br>[[*Proposed*] **Order Submitted Herewith**]<br><br>Complaint Filed:  March 1, 2018 |

**TO THE HONORABLE COURT HEREIN:**

Plaintiff Vanessa Tirado ("Plaintiff"), by and through her counsel of record, Elliot Wayne Gale of Gale Angelo Johnson & Pruett P.C., and Defendant Capital One Bank (USA), N.A., erroneously named as Capital One, National Association, by and through its counsel of record, Hunter R. Eley of Doll Amir & Eley LLP, (collectively, the "Parties") hereby stipulate as follows:

**WHEREAS,** the Parties previously entered into an agreement to settle the instant action; and

**WHEREAS,** performance under that agreement is now completed;

**THEREFORE,** the Parties stipulate that this entire action now be dismissed with prejudice.

**IT IS SO STIPULATED.**

DATED:  September 25, 2019      **GALE ANGELO JOHNSON & PRUETT PC**

By: /s/ *Elliot Wayne Gale*
    Elliot Wayne Gale
Attorneys for Plaintiff
VANESSA TIRADO

DATED:  September 25, 2019      **DOLL AMIR & ELEY LLP**

By: /s/ *Hunter R. Eley*          .
    Hunter R. Eley
    Amy I. Borlund
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.